MICHAEL D. BRUNO (SBN: 166805)
PAULA KUTANSKY-BROWN (SBN: 245342)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Plaintiff
BARRY GILBERT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY GILBERT,<br><br>    Plaintiff,<br><br>vs.<br><br>MDK MOTORSPORTS, LLC, a California Limited Liability Corporation; MARK KVAMME, and individual; DOES 1-20, inclusive<br><br>    Defendants. | CASE NO. 3:09-CV-00595-BZ<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**<br><br>**[Fed.R.Civ.P. 41(a)(1)]** |

TO THE COURT AND DEFENDANTS' COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, BARRY GILBERT, hereby voluntarily dismisses, as against all Defendants and without prejudice, its Complaint and all causes of action set forth therein. This voluntary dismissal is effective immediately.


Dated: March 13, 2009                      GORDON & REES LLP


By:  /s/ Paula Kutansky Brown
      PAULA KUTANSKY-BROWN
      Attorneys for Plaintiff
      BARRY GILBERT